**Order entered October 29, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-18-00768-CV

---

**NOBLE ANESTHESIA PARTNERS, PLLC, Appellant**

**V.**

**U.S. ANESTHESIA PARTNERS, INC., ET AL., Appellees**

---

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-09602**

---

## ORDER

Before the Court is appellees' October 25, 2018 unopposed motion for extension to file briefs. Because this is an accelerated appeal, we **GRANT** the motion to the extent we **ORDER** the briefs be filed no later than November 27, 2018. We caution that further extension requests will be disfavored.

/s/    ADA BROWN
           JUSTICE